# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 05, 2011

FILED by _____ D.C.

JAN 10 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Steven M. Larimore
United States District Court
400 N MIAMI AVE
Miami, FL 33128-1807

Appeal Number: 10-14383-GG
Case Style: Marcellus Mason, Jr. v. Chase Home Finance, LLC
District Court Docket No: 2:09-cv-14370-KMM

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 12/14/2010.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Jan S. Camp, GG
Phone #: (404) 335-6171

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 10-14383-GG

MARCELLUS M. MASON, JR.,

    Plaintiff - Appellant,

versus

CHASE HOME FINANCE, LLC,
successor by merger to Chase
Manhattan Mortgage Corporation,

    Defendant - Appellee.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 05 2011
JOHN LEY
CLERK

Appeal from the United States District Court for the
Southern District of Florida

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Marcellus M. Mason, Jr. has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective January 05, 2011.

JOHN LEY
Clerk of the United States Court
of Appeals for the Eleventh Circuit

by: Jan S. Camp, GG, Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Jan Camp
Deputy Clerk
Atlanta, Georgia